# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2257 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 31 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 65315 |
| | : | |
| JOHN PHILIP BOILEAU | : | (Clinton County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of April, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and John Philip Boileau is suspended on consent from the Bar of this Commonwealth for a period of five years. He shall comply with all the provisions of Pa.R.D.E. 217.